IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREG J. KAMINSKI, | ) | CASE NO.: 1:19-cv-01954 |
| Plaintiff, | ) ) ) | |
| | ) | JUDGE: PAMELA A. BARKER |
| vs. | ) ) | |
| CUYAHOGA COUNTY, OHIO, et al. | ) | JOINT STATUS REPORT |
| Defendants. | ) ) ) | |

The parties to this case jointly submit the following Status Report.

**I.    Status of Discovery**

Discovery is complete. The parties have exchanged answers to written discovery including interrogatories and requests for the production of documents and concluded depositions of fact witness and 30(b)(6) representatives. The parties have identified experts and exchanged reports.

**II.    Settlement Positions**

The parties mediated. The parties have not been able to reach a settlement but continue to discuss a possible resolution.

**III.    Issues to be Addressed**

Defendants currently have dispositive motions pending.

Respectfully submitted,

/s/ Sarah Gelsomino (by email consent)
SARAH GELSOMINO (0084340)
JACQUELINE GREENE (0092733)
MARCUS SIDOTI (0077476)
FRIEDMAN & GILBERT
55 Public Square, Suite 1055
Cleveland, OH 44113-1901
T: 216-241-1430
F: 216-621-0427
sgelsomino@f-glaw.com
jgreene@f-glaw.com
marcus@jordansidoti.com


BRIAN KRAIG, ESQ. (0039691)
KEVIN V. ROGERS, JR. (0084994)
OF: KRAIG & KRAIG
The Superior Building 19th Floor
815 Superior Avenue East, Suite 1920
Cleveland, Ohio 44114
(216) 696-4009 phone
(216) 696-1835 fax
kraigandkraig@gmail.com
kvrlaw@gmail.com

MICHAEL C. O'MALLEY, Prosecuting Attorney
of Cuyahoga County, Ohio

By: Brendan D. Healy
    Mark R. Musson (0081110)
    Brendan D. Healy (0081225)
    Matthew D. Greenwell (0077883)
    CUYAHOGA COUNTY
    PROSECUTOR'S OFFICE
    The Justice Center, Courts Tower
    1200 Ontario Street, 8th Floor
    Cleveland, OH  44113
    (216) 443-7795
    mmusson@prosecutor.cuyahogacounty.us
    bhealy@prosecutor.cuyahogacounty.us
    mgreenwell@prosecutor.cuyahogacounty.us

*Attorneys for Defendants Cuyahoga County, et al*

2